# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY IDROGO BONIFAZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.: 25-CV-3226 JLS (AHG)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 10) |

On December 2, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 7), and Petitioner was released from custody (ECF No. 8). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 34. The Parties jointly requested an extension to file the attorney's fee application—which the Court granted, allowing until February 16, 2026, for Petitioner's counsel to file. ECF Nos. 9, 10. February 16, 2026, has come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 2, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge